Capture is an Instance thereof. tho not so beneficial to the Captors as other Seizures yet much more to the Publick in its Consequences then all of them put together and I hope none that Loves their Prince their Country, Constitution and themselves will discourage this Laudable Undertaking, I never shall, and upon the whole I Adjudge and Condemn the Vessel and Cargo Libelled against as a Lawful Prize and Entirely to belong to and be divided between and among the Owners of the said Sloop that Seized and took the same and the Several Persons which were on Board the Same in such Shares and proportions as were Agreed on with the Owners afores$^d$ and the Persons thus Entituled thereto by Virtue of such Agreement among themselves I Decree the Def$^t$ to pay double$^d$ Costs of this Court. And as to the Persons taken in this Capture I leave them to be treated by this Government according to Justice Appertains.

Rob$^t$ Auchmuty Judge Ad$^y$
July 12th 1740

[Admiralty Papers, I, 19]

No. 24. William Shirley the Kings Advocate General moved the Court That inasmuch as it appears by the Evidence produced in this Trial that John M$^c$Carrick the Supercargo of the Ship Oratava in the Decree mentioned has contrary to his Natural Allegiance to his Majesty conbin'd and Confederated with Sundry other Persons inhabiting within the King of Spains Dominions to Succour, aid and assist the Subjects of the King of Spain his Majesty's Enemies, with Stores and Provisions from his Majestys Colony's in America: the said John M$^c$Carrick may be taken into Custody by the Marshall of this Court, and delivered over by him to the Governour of this Colony together with a Copy of the Decree or some other due Notice of his afores$^d$ Crime, that he may be proceeded with According to due Course of Law

No. 25 And M$^r$ John M$^c$Carrick the Claim$^t$ in Court Moves for An Appeal from the s$^d$ Court of Admiralty to the Commissioners appointed or to be Appointed under the Great Seal of Great Britain for receiving hearing and determining Appeals in Causes of Prizes, Which was granted and Allowed, the Appell$^t$ Conforming himself to the Direction of the Law in that Case provided.

[Minute Book, 1740–1743]

CHARLES DAVIDSON VS. SLOOP *Amiable Theresa,* 1741

COLONY OF RHODE ISLAND ETC. CURIA ADMIRALITATIS    At a Court of
Vice Admiralty held at Newport in the Colony afores<sup>d</sup> On Saturday the 6th
of June Anno Dm. 1741.

### CHARLES DAVIDSON AND AL<sup>S</sup> VS SLOOP *Amiable Theresa* ETC

The Hon<sup>ble</sup> Robert Auchmuty Esq<sup>r</sup> Judge Present
The Court being Opened and the Libel read, Simon Langoiron Master
of said Sloop Amiable Theresa moved to the Court that he might have time
allowed him to get Council to appear for him which was granted Whereupon
the Court was adjourned to Monday the 8th Instant at 10 aClock A: M.

### CHARLES DAVIDSON AND AL<sup>S</sup> VS SLOOP *Amiable Theresa*

June 8th 1741
The Court being Opened According to Adjournment Proclamation
was made for a Claimer to Appear in Court and Defend the Sloop *Amiable
Theresa* her Tackle Apparel and Appurtenances, and Goods Libeled against
Whereupon Simon Langoiran Appeared and Claimed the s<sup>d</sup> Sloop and Six
Carriage Guns Eight Swivel Guns, Twenty Seven small Arms Two Bayonets,
Two Cutlasses, Three hundred Weights of Powder, Three Chests of Powder
Flasks, Four large Blunderbusses, Twelve Water Cask, Ninety Six French
Crowns, Sixteen Mil'd Pieces of Eight, One hundred and Seventy five Pieces
of Eight in Double Bitts, One Silver Watch and one Silver Hilted Sword As
the property of himself and Pierre Harriagne, Merch<sup>t</sup> of the Island of
Martineco, Subjects of the King of France, And all the rest of the Money,
Goods and Negroes mentioned in the Libel he Claims in behalf of the Mar-
quise Dorigny and his Company consisting of Thirty-One Men that was on
board s<sup>d</sup> Sloop when taken, as their Property Committed to his the said
Masters Care — And then the Court was Adjourned to 3 a Clock P: M
The Court being Opened According to Adjournments Cap<sup>t</sup> Samuel
Wickham was Sworn Interpret<sup>r</sup> in this Case and also Simon Langoiran was
Sworn to the Truth of his Claim before mentioned — The Proponant at the
Claim<sup>ts</sup> request agreed that the Claim<sup>t</sup> should be Allowed to Support his
Claim without giving Security to pay double Costs in Case the Sloop and
Goods Libeled against be Adjudged a lawful Prize According to the Law in